435 A.2d 255

Commonwealth v. Robinson, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.

435 A.2d 256

Commonwealth v. Ross, Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1981.

Submitted March 21, 1980. Sherman Ross, appellant, in propria persona; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order of the lower court is affirmed.